PROB 12C  
(7/93)

Report Date: November 7, 2012

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 07 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Orlando Raul Rodriguez          Case Number: 2:09CR02076-003

Address of Offender:                              Yakima, WA 98901

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: 7/19/2010

Original Offense:     Unlawful Sale of Firearm, 18 U.S.C. § 922(d)

Original Sentence:    Prison - 30 Months              Type of Supervision: Supervised Release
                      TSR - 36 Months

Asst. U.S. Attorney:  Thomas J. Hanlon               Date Supervision Commenced: 12/7/2011

Defense Attorney:     Alison Guernsey               Date Supervision Expires: 12/6/2014

---

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | **Special Condition # 17**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.<br><br>**Supporting Evidence**: Mr. Rodriguez failed to attend drug and alcohol treatment group sessions on November 1, and 5, 2012.<br><br>Information was received from Mr. Rodriguez' counselor from Merit Resources Services (Merit) stating that on November 1, and 4, 2012, Mr. Rodriguez was a no show for drug and alcohol treatment. |
| 2 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. |

**Supporting Evidence**: Mr. Rodriguez failed to report to the probation office for admittance to the STEP program as directed by his probation officer on November 6, 2012.

Mr. Rodriguez was scheduled to appear before the STEP team for admittance into the STEP program, however, he was a no call/no show for his appointment on November 6, 2012. The defendant's request to participate in this program has been denied.

3     **Standard Condition # 6**: The defendant shall notify the probation officer at least 10 days prior to any change in residence or employment.

**Supporting Evidence**: Mr. Rodriguez has failed to report a change of address as of November 6, 2012.

On November 6, 2012, Mr. Orlando's probation officer made an attempt to contact the defendant by telephone, but instead the defendant's mother was reached. According to the defendant's mother, the defendant left her residence and has not returned home. She also stated she spoke with her son by telephone and he told her he would not be returning home. Although Mr. Rodriguez may be in the Yakima, Washington, area his current whereabouts are unknown and he has failed to report a change of address.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 11/7/2012

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

Nov 7 2012
Date