PROB 12C
(7/93)

Report Date: August 1, 2013

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 02 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Orlando Raul Rodriguez    Case Number: 2:09CR02076-003

Address of Offender: Yakima County Jail

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: 7/19/2010

Original Offense:    Unlawful Sale of Firearm, 18 U.S.C. § 922(d)

Original Sentence:    Prison - 30 Months    Type of Supervision: Supervised Release
                      TSR - 36 Months

Asst. U.S. Attorney:  Thomas J. Hanlon    Date Supervision Commenced: 5/3/2013

Defense Attorney:     Alison K. Guernsey    Date Supervision Expires: 11/2/2015

---

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on July 17, 2013.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Standard Condition # 9**: The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.<br><br>**Supporting Evidence**: Mr. Rodriguez associated with a known felon without permission on July 30, 2013.<br><br>According to the Yakima Police Department narrative report, Mr. Rodriguez was with Priscilla Littledog, a known felon, at the time of his arrest for shoplifting at the Walmart located at 6600 West Nob Hill Boulevard, Yakima, Washington, on July 30, 2013. |
| 6 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: Mr. Rodriguez was charged with shoplifting and make false statement to public servant, Yakima Municipal Court, cause number I00004329, on July 30, 2013. |

Prob12C
Re: Rodriguez, Orlando Raul
August 1, 2013
Page 2

On July 30, 2013, Mr. Rodriguez was arrested by the Yakima Police Department on the above-noted charges at the Walmart located at 6600 West Nob Hill Boulevard, Yakima, Washington.

According to the Yakima Municipal Court docket, on July 31, 2013, Mr. Rodriguez pled guilty to both charges and was sentenced to 364 days jail, 359 days suspended, in addition to a $1,093 fine.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 1, 2013

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Other

Signature of Judicial Officer

8/2/13
Date