PROB 12C  
(7/93)

Report Date: July 17, 2013

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 18 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Orlando Raul Rodriguez          Case Number: 2:09CR02076-003

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: 7/19/2010

Original Offense:      Unlawful Sale of Firearm, 18 U.S.C. § 922(d)

Original Sentence:     Prison - 30 Months          Type of Supervision: Supervised Release
                       TSR - 36 Months

Asst. U.S. Attorney:   Thomas J. Hanlon            Date Supervision Commenced: 5/3/2013

Defense Attorney:      Alison K. Guernsey          Date Supervision Expires: 11/2/2015

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first 5 days of each month. |
|  | **Supporting Evidence**: Mr. Rodriguez has failed to submit his monthly report form for the month of June as of July 17, 2013. |
|  | Mr. Rodriguez has been directed to submit his monthly report form within the first 5 days of each month. As of July 17, 2013, Mr. Rodriguez has yet to submit his monthly report form as directed. |
| 2 | **Special Condition # 18**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
|  | **Supporting Evidence**: Mr. Rodriguez tested positive for methamphetamine on July 8, 2013. |
| 3 | **Standard Condition # 6**: The defendant shall notify the probation officer at least 10 days prior to any change in residence or employment. |

**Supporting Evidence**: Mr. Rodriguez failed to notify his probation officer prior quitting his job at Den Beste Farms on or before July 10, 2013.

On July 15, 2013, this officer spoke with Mr. Rodriguez regarding his employment. The defendant reported he stopped working on Wednesday, July 10, 2013 due to being ill. However, according to his employer, Mr. Rodriguez simply stopped showing up work. His employer further reported Mr. Rodriguez had only worked 1 day nearly 3 weeks ago.

4    **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

**Supporting Evidence**: Mr. Rodriguez failed to be truthful when questioned about his employment status on July 15, 2013.

On July 15, 2013, Mr. Rodriguez was questioned regarding his employment status. The defendant stated he stopped working last week, July 10, 2013, due to being ill. Mr. Rodriguez also stated he left his job in good terms. However, in speaking with his employer, Mr. Rodriguez had not been back to work for nearly 3 weeks. According to Mr. Rodriguez' employer, the defendant did not give notice when he quit his job, he simply stopped showing up.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 17, 2013

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

Date